UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00248-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH MASEK,

    Defendant.
_____

**ORDER**
_____

THIS MATTER came before the Court for a sentencing hearing on Wednesday, March 5, 2008. At the hearing, the Defendant produced voluminous documents in connection with the issue of the amount of loss that were not disclosed to the Court, the Government, or the Probation Department prior to the hearing. For the reasons stated on the record, I Order the following:

It is ORDERED that the sentencing hearing is continued to **April 25, 2008, at 1:30 p.m.** It is

FURTHER ORDERED that the Defendant shall provide any and all requested financial information to the Probation Department not later than **March 19, 2008.** It is

FURTHER ORDERED that the Defendant shall file an amended objection to the Presentence Investigation Report not later than **April 4, 2008.**

Dated: March 10, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge