UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00248-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JOSEPH MASEK,

 Defendant.
_____

## ORDER TO COMPEL APPEARANCE
_____

THIS MATTER came before the Court for a hearing on the Motion to Withdraw (docket #29) on Thursday, June 19, 2008 at 1:30 p.m. At the hearing, defense counsel stated that despite numerous attempts to notify the Defendant of the scheduled hearing, the Defendant failed to appear. Accordingly, it is

ORDERED that the hearing is continued until **Monday, June 23, 2008 at 2:00 p.m.** It is

FURTHER ORDERED that the **Defendant shall appear for the continuation of the hearing. If the Defendant fails to appear at the hearing set for Monday, June 23, 2008 at 2:00 p.m., I will revoke his bond and issue a bench warrant for his immediate arrest.**

Dated: June 19, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge